# Court of Appeals
# of the State of Georgia

ATLANTA,  January 20, 2015

*The Court of Appeals hereby passes the following order:*

**A15E0020.  OKSANA SEPICH v. ARIS PAPADOPOULOS.**

On December 12, 2014, the trial court entered an order denying Oksana Sepich's motion for new trial.  On January 12, 2015, Sepich filed this emergency motion pursuant to Court of Appeals Rule 40 (b) seeking an extension of time in which to file an application for discretionary appeal from the trial court's order.  Because Sepich's request for an extension appears timely under Court of Appeals Rule 31 (g), it is hereby GRANTED.  Sepich shall be given an extension of time of thirty (30) days, or until February 11, 2015, in which to file her application for discretionary appeal.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*   01/20/2015
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*